UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Boards of Trustees, et al., :
:
       Plaintiffs, :
:
vs. : Case No. 2:15-CV-2774
:
S & S Directional Boring, Ltd. : Judge Graham
:
       Defendant. : Magistrate Judge King

## ORDER OF DEFAULT JUDGMENT

It appears that defendant S&S Directional Boring, Ltd. has been regularly served with a summons and complaint and has failed to plead or otherwise defend.  The legal time for pleading or otherwise defending has expired and the default of said defendant has been duly entered according to law.  Plaintiffs have filed a motion for default judgment.  On November 9, 2015, the magistrate judge filed a report and recommendation recommending that the motion for default judgment be granted.  The parties were advised that any objections to the report and recommendation were due within fourteen days, and that "failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*."  Doc. 7, pp. 3-4.  No objections to the report and recommendation have been filed.

The court hereby adopts the report and recommendation (Doc. 7).  Plaintiffs' motion for default judgment (Doc. 6) is granted.  The clerk is directed to enter judgment against S&S Directional Boring, Ltd., and in favor of plaintiffs Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs, which shall have and recover from S&S Directional Boring, Ltd., the sum of forty-five thousand six hundred eighty-two dollars and ten cents ($45,682.10), including unpaid fringe benefit contributions through September, 2015, prejudgment interest and liquidated damages, plus attorney's fees in the amount of two thousand one hundred sixty-seven dollars and fifty cents ($2,167.50), plus interest from the time of judgment at the rate of 1% per month, and the costs of this action.

       IT IS SO ORDERED.

Date: November 30, 2015

                                                                      s/James L. Graham
                                                                      James L. Graham
                                                                      UNITED STATES DISTRICT JUDGE